This document was signed electronically on October 08, 2010,
which may be different from its entry on the record.

IT IS SO ORDERED.



_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

Dated: October 08, 2010

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | )
| | ) Case No. 08-15794
| **Demetrius Young** | ) Chapter 13
| **Sandy Melissa Young** | ) Hon. Pat E. Morgenstern-Clarren
| Debtors. | )

### ORDER GRANTING DEBTORS' MOTION TO DISMISS CASE AND RELEASE DEBTORS' INCOME FROM THE JURISDICTION OF THE COURT PURSUANT TO 11 USC SECTION 1307(b)

This matter came on for consideration on September 28, 2010, upon Debtors' Motion to Dismiss Case and Release their Income from the Jurisdiction of the Court. No objection was filed to said Motion.

Upon due consideration and for good cause shown the Court finds that Debtors' request is granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Debtors' Motion to Dismiss Case and Release their Income from the Jurisdiction of the Court is granted.

###

Submitted By:

/s/ Priscilla A. Schnittke
KNEVEL & ASSOCIATES CO LPA
Priscilla A. Schnittke, 0040508
Attorney for Debtors
629 Euclid Avenue, Suite 519
Cleveland, Ohio 44114
(216) 623-1901
FAX 523-7801

## CERTIFICATION OF SERVICE

It is hereby certified that the foregoing Order was electronically transmitted via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

United States Trustee
Craig Shopneck, Chapter 13 Trustee
Scott D. Fink, Attorney for AmeriCredit Financial Services
Mark R. Lembright, Attorney for Capital One Auto Finance Dept.
Erick M. Ramsey, Attorney for Capital One Auto Finance Dept.
Eric Wassermann, Attorney for Lakewood Acceptance Corp. dba CNAC
Alice Whitten, Attorney for AmeriCredit Financial Services, Inc.

It is further certified that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

| | |
|---|---|
| Debtors: | Demetrius Young |
| | Sandy Melissa Young |
| | 5127 East 113th Street |
| | Garfield Hts., OH 44125 |
| All scheduled creditors: | As per attached Exhibit A |

| | | |
|---|---|---|
| Aes/slm Ecfc<br>P.O. Box 2461<br>Harrisburg, PA 17105 | Allcare Dental & Dentures<br>P.O. Box 316<br>Buffalo, NY 14231 | Alltel Comm<br>Bankruptcy Group<br>1 Allied Dr B5f03<br>Little Rock, AR 72202 |
| Americredit<br>801 Cherry Street, Suite 3900<br>Fort Worth, TX 76102 | Americredit<br>PO Box 183853<br>Arlington, TX 76096 | AT&T*<br>Bill Payment Center<br>Saginaw, MI 48663 |
| Babcock, Wasserman<br>55 Public Square, Suite 700<br>Cleveland, OH 44113 | Barclays Bank Delaware<br>Attention: Customer Support Department<br>P.O. Box 8833<br>Wilmington, DE 19899 | Beneficial<br>c/o NCB, Inc.<br>P.O. Box 1099<br>Langhorne, PA 19047 |
| Beneficial<br>c/o Babcock & Wasserman Co. LPA<br>55 Public Sq., Suite 700<br>Cleveland, OH 44113 | Beneficial/hfc<br>P.O. Box 1547<br>Chesapeake, VA 23327 | Bottom Line Books<br>P.O. Box 11014<br>Des Moines, IA 50336-1014 |
| Cap One<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Cap One<br>Attn: C/O TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA 30091 | Capital One Auto Finance<br>3901 Dallas Parkway<br>Plano, TX 75093 |
| Capital One Bank<br>Attention: Bankruptcy Department<br>P.O. Box 10587<br>Greenville, SC 29603 | Capital One Bank<br>c/o United Recovery Systems<br>P.O. Box 722929<br>Houston, TX 77272-2929 | Cbc/aes/wachovia Nat O<br>1200 N 7th St<br>Harrisburg, PA 17102 |
| Central Collection Agency*<br>Division of Taxation<br>1701 Lakeside Ave<br>Cleveland, OH 44114 | Charter One Bank<br>c/o Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | Charter One Bank<br>c/o Island National Group LLC<br>P.O. Box 18009<br>Hauppauge, NY 11788-8809 |
| Charter One Bank*<br>Attn: Bankruptcy Department<br>1215 Superior Avenue<br>Cleveland, OH 44114 | Chase - Cc<br>P.O. Box 100019<br>Kennesaw, GA 30156 | City of Cleveland<br>Division of Water<br>P.O. Box 94540<br>Cleveland, OH 44101-4540 |
| City of Cleveland<br>P.O. Box 99939<br>Cleveland, OH 44199-0939 | Collect America/GE Money Bank<br>c/o Harold E Scherr<br>5055 South US Highway 17-92<br>Casselberry, FL 32707-3815 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Credit One Bank N.A.<br>c/o Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-4047 | Crossings Book Club<br>P.O. Box 6307<br>Camp Hill, PA 17012 | Crossings Book Club<br>c/o Allied Interstate<br>3000 Corporate Exchange Drive<br>5th Floor<br>Columbus, OH 43231 |

EXHIBIT A

Dan Shorter
7001 Schoeph Drive
Northfield, OH 44067-2839

Dell Financial Services
12234 North Ih 35
Austin, TX 78753

Dell Financial Services
c/o Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046-9046

Dillard Department Stores*
Attn: Bankruptcy Dept.
P.O. Box 52051
Phoenix, AZ 85072-2051

Dish Network
Dept. 0063
Palatine, IL 60055-0063

Dominion East Ohio Gas Company*
ATTN: Bankruptcy
1717 East Ninth Street
Cleveland, OH 44114

Fcnb Mstr Tr
Attention: Bankruptcy
P.O. Box 541090
Omaha, NE 68154

First National Bank of Marin/Credit One
Customer Service
P.O. Box 98873
Las Vegas, NV 89193

First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117

Ge Money Bank
c/o Cach Llc
Attention: Bankruptcy Department
4340 South Monaco St. 2nd Floor
Denver, CO 80237

GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061

GE Money Bank
c/o Collect America
4340 S. Monaco St.
Denver, CO 80237

GEMB / Dillards
Attention: Bankruptcy
P.O. Box 103106
Roswell, GA 30076

Hollywood Video
c/o Credit Protect Assoc.
P.O. Box 802068
Dallas, TX 75380

Hsbc Bank
P.O. Box 5253
Carol Stream, IL 60197

Hsbc Card Services
P.O. Box 5222
Carol Stream, IL 60197-5222

HSBC Card Services, Inc.
c/o People First Recoveries
2080 Elm St. SE
Minneapolis, MN 55414-2531

HSBC/ORCHARD BK
Attn: Bankruptcy
P.O. Box 5253
Carol Stream, IL 60197

Illuminating Company*
Attn: Bankruptcy Department
6896 Miller Road
Brecksville, OH 44141-3222

Internal Revenue Service*
c/o Special Procedures
PO Box 21126
Philadelphia, PA 19114-0326

Lakewood Acceptance
1365 West 117th Street
Lakewood, OH 44107

Lowes / MBGA
Attention: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Merrick Bank
Attn: Special Collections
P.O. Box 9201
Old Bethpage, NY 11804

Name of creditor unknown
c/o Sherman Acquisition
15 S. Main St.
Suite 600
Houston, TX 77274

Name unknown
c/o NCO Financial
P.O. Box 4940
Trenton, NJ 08650

Name unknown
c/o Credit Protection Association
13355 Noel Road
Dallas, TX 75240

Name Unknown
c/o Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046-9046

Name unknown
c/o Harold Scherr
4237 Salisbury Rd.
Suite 308
Jacksonville, FL 32216

NEORSD
P. O. Box 94550
Cleveland, OH 44101-4550

Nicholas Financial
Building C, Suite 501-B
2454 McMullen Booth Road
Clearwater, FL 33759

Periodontal Assocites, Inc.
29001 Cedar Rd., Suite 450
Cleveland, OH 44124

Regional Income Tax Agency
P.O. Box 94951
Cleveland, OH 44101-4951

Resurgent
c/o Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842

Sst/cigpf1corp
4315 Pickett Rd
Saint Joseph, MO 64503

The Home Depot
Processing Center
Des Moines, IA 50364-0500

Time Warner Cable *
5520 Whipple Avenue
Canton, OH 44720

Triad Financial Corporation
7711 Center Ave., Ste. 250
Huntington Beach, CA 92647

UH Bedford Medical Center
P.O. Box 74629
Cleveland, OH 44190

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42304-0005

US Bank Home Mortgage
Att.: Bankruptcy Dept.
PO Box 5229
Cincinnati, OH 45201

Valentines & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842-0625

Wach/rec
P O Box 3117
Winston Salem, NC 27102

Wash Mutual/providian
Attn: Bankruptcy Dept.
P.O. Box 10467
Greenville, SC 29603

Yvonne Kinkopf, DDS
14100 Cedar Rd.
Suite 200
Cleveland, OH 44121